IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:
JACKMAN FINANCIAL CORP.           ]    Case No.: 11-09341
Debtor                            ]    Judge SUSAN SONDERBY
                                  ]    Chapter 11

To the attached Service List

## NOTICE OF MOTION

Take Notice that on September 28, 2011 at the hour of 10:30 am I shall appear before the Honorable Judge Susan Sonderby in the courtroom usually occupied by her in the US Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the Motion for the Entry of a Final Decree., a copy of which is annexed hereto.

## CERTIFICATE OF SERVICE

I, Mitchell Elliot Jones, an attorney, state that I caused a copy of this notice to be served upon the all parties on the attached list, by depositing a copy of the same in the US PostBox , postage prepaid, prior to 5 pm on the 20th day September 2011.



Mitchell Elliot Jones
Jones Law Offices
1236 Chicago Avenue, #302
Evanston, Illinois 60202
(312) 282-7849
ARDC Atty# 3126182

Office of the United States Trustee
219 South Dearborn Street
Chicago, Illinois 60602

Gary Lark Retirement Fund
4911 S. Greenwood Ave.
Chicago IL 60615

Nordica Group
5459 S. Hyde Park Blvd.
Chicago IL  60615

Pearl and Stanley Taback
3001 Henry Hudson Pkwy
Apt 6F
Bronx, NY  10463

Personnel Planners, Inc.
913 W. Van Buren St
#N3A
Chicago IL   60607

Steve Lome
7549 S. Oakley Ave.
Chicago IL  60645

Bernard Kramer
470 Monetta Lane
The Villages, FL 32162

Andrew Jones
#8 Martingale
Dune Alpin Farm
East Hampton NY 11937

James T. Herst Trust
800 Deerfield Road
Highland Park, IL  60035

Jennifer and Thomas Pietraho
21 Potter Street
Brunswick ME  04011

Bank of America
Bank Card Center
PO Box 15184
Wilmington DE 19850

Gadi and Lisa Karmi
c/o Michael Meshenberg
1700 E. 56th Street #2108
Chicago, IL  60637

Michael Meshenberg
1700 E. 56th Street # 2108
Chicago, IL   60637

Illinois Dept ofEmployment Security
Benefit Payment
Control Division
PO Box 4385
Chicago, Il 60680

Illinois Dept of Revenue
Bankruptcy Section
PO Box 64338
Chicago, Illinois 60664

Dept of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Daniel Goldman
C/o Jackman Financial Corp
5118 South Blackstone Ave
Chicago, Il 60615

Lawrence Bloom
C/o Jackman Financial Corp
5118 South Blackstone Ave
Chicago, Il 60615

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:
JACKMAN FINANCIAL CORP.             ]      Case No.: 11-09341
Debtor                              ]      Judge SUSAN SONDERBY
                                    ]      Chapter 11

## Motion for the Entry of a Final Decree

Now comes Jackman Financial Corp., the debtor herein, and for its motion for the entry of a final decree states:

1. The debtor commence this chapter 11 case on March 7, 2011as a small business case.
2. This Court entered an order confirming the debtor's Plan of Reorganization on August 15, 2011.
3. The debtor's estate has been fully administered. The deposit required to be made by the plan of reorganization has been distributed.

Wherefore, Jackman Financial Corp. prays for the entry of a final decree closing this chapter 11 case, and any and all other relief as this Court deems just.

Jackman Financial Corp.

    /s/ Mitchell Elliot Jones
By one of their attorneys

Mitchell Elliot Jones
Jones Law Offices
1236 Chicago Avenue
Evanston, Illinois 60202
(312) 282-7849