Form 271 (08/06)

# United States Bankruptcy Court

_____Northern_____ District Of _____Illinois_____

In re JACKMAN FINANCIAL CORP.,           Case No. 11-09341 _____
            Debtor(s)

Last four digits of Social Security No(s).: N/A
Employer's Tax Identification (EID) No(s). [if any]: 22-3888553

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☑ The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

☐ _____
            (name of trustee)
      is discharged as trustee of the estate of the above-named debtor;

☑ the chapter ___11___ case of the above-named debtor is closed; and

☐ [other provisions as needed]

Date: ⌐   30 SEP 2011          _Susan Pierson Sonderby_
                                    _____
                                    United States Bankruptcy Judge

_Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors set forth both social security numbers._

Jackman Financial Corp., an Illinois corporation